No. 71–1637. CITY OF BURBANK ET AL. *v.* LOCKHEED AIR TERMINAL, INC., ET AL. Appeal from C. A. 9th Cir. [Probable jurisdiction noted, *ante,* p. 840.] Motion of the Attorney General of California for leave to participate in oral argument as *amicus curiae* in support of appellants granted and 15 minutes allotted for that purpose. Appellees also allotted 15 additional minutes for oral argument.

No. 72–730. MARKLE ET AL. *v.* ABELE ET AL. Appeal from D. C. Conn. Motion of appellants to expedite consideration denied.

No. 71–6778. WILLIAMS *v.* CALIFORNIA;

No. 72–5522. BLANKENSHIP *v.* MEACHAM ET AL.; and

No. 72–5527. SZIJARTO *v.* NELSON, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 72–5593. ZENCHAK *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY. Motion for leave to file petition for writ of mandamus denied.